IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BLUSKY RESTORATION CONTRACTORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23-cv-1084 |
| | ) | Judge Trauger |
| BRMO, LLC d/b/a CBP CONTRACTORS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

On November 19, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiff is awarded compensatory damages in the amount of $1,358,719.71, to be paid by the defendant.

2. The plaintiff is awarded prejudgment interest from October 18, 2022 to September 14, 2024 in the amount of $259,087.37.

This is the final judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge